556

358 A.2d 81

Malenock, Appellant, v. Malenock, et ux.

Argued April 16, 1976. Ira B. Coldren, Jr., with him William M. Radcliffe, for appellant; Ben F. Wright, for appellees.

Order affirmed; petition for reargument refused June 28, 1976.

358 A.2d 68

Mascherman, Appellant, v. Isaly Company.

Argued April 19, 1976. Dom A. Meffe, with him Gerald M. McClain, for appellant; Joseph M. Loughren and Alan K. Berk, submitted a brief for appellee.

Judgment affirmed.

SPAETH, J., absent.